1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA OF QUALCOMM
INCORPORATED

TOT POWER CONTROL, S.L.,

                              Plaintiff,

          v.

APPLE INC.,

                              Defendant.

Case No.: 3:24-cv-00622-H-VET

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION AND REQUEST FOR ORDER**

**[Doc. No. 15]**

    Before the Court is Plaintiff TOT Power Control, S.L. ("TOT") and Third-Party Qualcomm Inc.'s ("Qualcomm") Joint Motion for Approval of Stipulation and Request for Order (the "Joint Motion"). Doc. No. 15. TOT and Qualcomm jointly request a thirty (30) day extension on briefing schedules related to TOT's Motion to Compel Rule 30(b)(6) Testimony and Document Production from Qualcomm ("Motion to Compel"). *Id.*; *see also* Doc. No. 1. Following a deposition on May 17, 2024, the parties jointly represent this extension will allow them to continue ongoing meet and confer efforts and resolve the

1

Motion to Compel. Doc. No. 15-1 at 2. Currently, Qualcomm's response to the Motion to Compel is due June 3, 2024 and TOT's reply is due June 10, 2024. *See* Doc. No. 13.

Based on a review of the record and the Joint Motion, and good cause appearing, the Court **GRANTS** the Joint Motion and **AMENDS** the Order Setting Briefing Schedule (Doc. No. 7) as follows:

1.      Qualcomm's responses are due **July 3, 2024**.

2.      TOT shall file a reply, if any, no later than **July 10, 2024**.

Any further requests for extensions shall be supported by declaration from counsel explaining why the issue cannot be resolved before July 3, 2024.

TOT must serve a copy of this order on Qualcomm and Apple by **June 4, 2024** and file a proof of service.

**IT IS SO ORDERED**.

Dated:  June 3, 2024

Honorable Valerie E. Torres
United States Magistrate Judge

3:24-cv-00622-H-VET